IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MELLONE, | 1:13-cv-00766-GSA (HC) |
| Petitioner, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE |
| vs. | EASTERN DISTRICT OF CALIFORNIA |
| MIKE BADCOCK, | |
| Respondent. | |
| _____/ | |

    Petitioner, a federal prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2241.

    The petitioner is challenging the execution of his sentence. He is currently incarcerated at the Federal Correctional Institution located in Herlong, California, which is in the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division.

    Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. Good cause appearing, IT IS HEREBY

1  ORDERED that:

2      1. This action is transferred to the United States District Court for the Eastern District of
3  California sitting in Sacramento; and

4      2. All future filings shall reference the new Sacramento case number assigned and shall
5  be filed at:

>       United States District Court
>       Eastern District of California
>       501 "I" Street, Suite 4-200
>       Sacramento, CA 95814

9      IT IS SO ORDERED.

10     Dated:  **May 24, 2013**          /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE